DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

PAUL ERDEK,

Appellant,

v.

LISA-ANNE CHARBONNEAU,

Appellee.

No. 2D23-2223

_____

March 20, 2024

Appeal from the Circuit Court for Sarasota County; Rochelle Taylor
Curley, Judge.

Paul Erdek, pro se.

No appearance for Appellee.


PER CURIAM.

　　Affirmed.  *See* Fla. R. App. P. 9.315(a).

NORTHCUTT, SILBERMAN, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.